UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PATRICK AUSTIN,

                Plaintiff,

      - against -

CHIPANDTINANYC LLC, ET AL.,

                Defendants.
_____

25-cv-2644 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by July 10, 2025.

    The plaintiff is also directed to submit a status update respecting service on the defendant, 4-6 White Street, Inc.

SO ORDERED.

Dated:    New York, New York
          June 26, 2025

                               John G. Koeltl
                      United States District Judge